1  Frank LaForge (SBN 251141) (Designated Counsel of Service)
   HOLLAND & HART LLP
2  5441 Kietzke Lane, 2nd Floor
   Reno, Nevada 89511
3  (775) 327-3081
   (775) 786-6179 fax
4  fzlaforge@hollandhart.com

5  Murray D. Feldman (pro hac vice)
   HOLLAND & HART LLP
6  800 West Main Street, Suite 1750
   P.O. Box 2527
7  Boise, Idaho 83701-2527
   (208) 342-5000
8  (208) 343-8869 fax
   mfeldman@hollandhart.com
9  *Attorneys for Plaintiff Sierra Snowmobile Foundation, et al.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIERRA SNOWMOBILE FOUNDATION, a nonprofit corporation; JEFF WITTMAN; MARY KRUPKA; JOHN WATTS; BLUERIBBON COALITION, INC, a nonprofit corporation; AMERICAN COUNCIL OF SNOWMOBILE ASSOCIATION INC., a nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, Pacific Southwest Region; JASON KUIKEN, in his capacity as Forest Supervisor for the Stanislaus National Forest; UNITED STATES DEPARTMENT OF AGRICULTURE, United States Forest Service,<br><br>Federal Defendants. | Case No.: 2:21-CV-01913-JAM-DB<br><br>**STIPULATION TO EXTEND TIME FOR PARTIES' SUBMITTAL OF JOINT STATUS REPORT** |

The undersigned counsel for the parties, on behalf of their respective clients, hereby stipulate as follows:

1.    Pursuant to ECF No. 3, ¶ 4, the Court directed the parties to "prepare and submit to the Court a joint status report that includes the Rule 26(f) discovery plan" within sixty (60) days of service of the complaint on any party.

2.    The time for the Federal Defendants to submit their answer to the complaint was also 60 days from the time of service of the complaint.  *See* Fed. R. Civ. P. 12(a)(2).

3.    Federal Defendants filed their answer on December 27, 2021.  *See* ECF No. 13.

4.    The undersigned counsel for plaintiffs and for the Federal Defendants have initially conferred by email following the filing of the answer, and further agree as follows:

    a.    This is an administrative record review case and therefore not a case to which the initial disclosure requirements of Rule 26(a) or the conference requirement of Rule 26(f) apply.  *See* Fed. R. Civ. P. 26(a)(1)(B)(i) and 26 (f)(1).

    b.    The parties intend to submit a joint status report addressing items other than the Rule 26(f) discovery plan, including without limitation addressing items such as the timing and scheduling for the Federal Defendants' lodging of the administrative record with the Court; the schedule for a review and objection resolution process for the administrative record, including a timeframe for any possible motions concerning the administrative record; a briefing schedule for cross-motions for summary judgment to address the resolution of this case on the merits (including possible briefing page-limit proposals if different from those set out by the Court in ECF No. 3-2 for cross-motions for summary judgment); and any other items referenced in ECF No. 3, ¶ 4 that may still be applicable and appropriate for this proceeding at this point.

    c.    The client contact for the Federal Defendants is currently unavailable until January 10, 2022, and Federal Defendants cannot confer on scheduling and other related matters until that client contact is available.

    d.    The undersigned counsel for the parties estimate that the conference process for addressing the items to be included in the joint status report should take approximately 10 to 14 days following January 10, 2022.

STIPULATION TO EXTEND TIME FOR PARTIES' SUBMITTAL OF JOINT STATUS REPORT

5. Wherefore, in light of the above, and good cause shown therefrom, the parties stipulate to and ask this Court to approve an extension of time in which to submit the joint status report up to and including **January 25, 2022**.

Respectfully submitted this 28th day of December 2021.

HOLLAND & HART LLP

By: /s/ Murray D. Feldman
Frank LaForge
Murray D. Feldman

*Attorneys for Plaintiffs Sierra Snowmobile Foundation, et al.*

U.S. Department of Justice
Environment and Natural Resources Division

By: /s/ Shaun Pettigrew (via email authorization)
Shaun M. Pettigrew
Senior Attorney
Natural Resources Section
c/o NOAA Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
(206) 526-6881
shaun.pettigrew@usdoj.gov

*Attorney for Federal Defendants*

**IT IS SO ORDERED.**

DATED: January 3, 2022          /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE