

United States District Court
Eastern District of California

Sierra Snowmobile Foundation et al.

Plaintiff(s)

V.

United States Forest Service et al.

Defendant(s)

Case Number: 2:21-cv-01913-JAM-DB

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Marla S. Fox hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant-Intervenor Applicant WildEarth Guardians

On 12/03/2012 (date), I was admitted to practice and presently in good standing in the Supreme Court of the State of Washington (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
N/A

Date: 01/21/2022          Signature of Applicant: /s/ Marla S. Fox

**Pro Hac Vice Attorney**

Applicant's Name: Marla S. Fox

Law Firm Name: WildEarth Guardians

Address: PO Box 13086

City: Portland     State: OR     Zip: 97213

Phone Number w/Area Code: (651) 434-7737

City and State of Residence: Carson, WA

Primary E-mail Address: mfox@wildearthguardians.org

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jessica Blome

Law Firm Name: Greenfire Law, PC

Address: P.O. Box 8055

City: Berkeley     State: CA     Zip: 94707

Phone Number w/Area Code: (510) 900-9502     Bar #: 314898

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  January 21, 2022          /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE