

# United States District Court
# Eastern District of California

| Sierra Snowmobile Foundation et al. | Case Number: 2:21-cv-01913-JAM-DB |

Plaintiff(s)

V.

United States Forest Service et al.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Lauren Rule hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Defendant-Intervenor Applicants WildEarth Guardians and California Wilderness Coalition

On 12/03/2001 (date), I was admitted to practice and presently in good standing in the Oregon Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

N/A

Date: 01/21/2022        Signature of Applicant: /s/ Lauren M Rule

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Lauren Rule |
| Law Firm Name: | Advocates for the West |
| Address: | 3701 SE Milwaukie Ave |
| | Suite B |
| City: | Portland    State: OR    Zip: 97202 |
| Phone Number w/Area Code: | (503) 914-6388 |
| City and State of Residence: | Portland, OR |
| Primary E-mail Address: | lrule@advocateswest.org |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Jessica Blome |
| Law Firm Name: | Greenfire Law, PC |
| Address: | P.O. Box 8055 |
| City: | Berkeley    State: CA    Zip: 94707 |
| Phone Number w/Area Code: | (510) 900-9502    Bar # 314898 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 21, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED SATES DISTRICT COURT JUDGE