TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

SHAUN M. PETTIGREW, CA Bar No. 254564
Senior Attorney
Natural Resources Section
c/o NOAA Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
(202) 526-6881
shaun.pettigrew@usdoj.gov

READE E. WILSON, ME Bar No. 4992
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
(202) 305-0299
reade.wilson@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIERRA SNOWMOBILE FOUNDATION, a nonprofit corporation; JEFF WITTMAN; MARY KRUPKA; JOHN WATTS; BLUERIBBON COALITION, INC., a nonprofit corporation; AMERICAN COUNCIL OF SNOWMOBILE ASSOCIATION INC., a nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, Pacific Southwest Region; JASON KUIKEN, in his capacity as Forest Supervisor for the Stanislaus National Forest; UNITED STATES DEPARTMENT OF AGRICULTURE, United States Forest Service,<br><br>Federal Defendants. | CASE NO. 2:21-cv-1913-JAM-DB<br><br>**NOTICE OF LODGING ADMINISTRATIVE RECORD** |

1  Federal Defendants notice the lodging of the Administrative Record in the above-captioned case. The Administrative Record lodged with the Court consists of materials compiled by the United States Department of Agriculture, Forest Service, related to the Stanislaus National Forest Over-Snow Vehicle (OSV) Use Designation Project.

The Administrative Record is contained on a single flash drive and is certified by Wendy Coats, the Litigation Coordinator for the Pacific Southwest Region of the United States Department of Agriculture, Forest Service. Ms. Coats' declaration and the index for the Administrative Record are attached as Exhibit 1. The flash drive containing the Administrative Record also includes an electronic copy of the index that is hyperlinked to the documents.

Two copies of the Administrative Record are being sent to the Clerk's Office separately via UPS. One copy is intended for the chambers of the Honorable John A. Mendez. Copies of the Administrative Record are also being provided to Plaintiffs and Applicants-in-Intervention.

Dated: February 24, 2022                    Respectfully Submitted,

                                            TODD KIM
                                            Assistant Attorney General
                                            Environment & Natural Resources Division

                                            /s/ Shaun M. Pettigrew
                                            SHAUN M. PETTIGREW
                                            Senior Attorney
                                            c/o NOAA, Damage Assessment
                                            7600 Sand Point Way, NE
                                            Seattle, WA 98155
                                            Phone: (206) 526-6881
                                            shaun.pettigrew@usdoj.gov

                                            /s/ Reade E. Wilson
                                            READE E. WILSON
                                            Trial Attorney
                                            Natural Resources Section
                                            P.O. Box 7611
                                            Washington, D.C. 20044
                                            (202) 305-0299
                                            reade.wilson@usdoj.gov

                                            *Attorneys for Federal Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court via the CM/ECF system, which will provide service to counsel for the parties.

<pre>                          /s/ Reade E. Wilson
                          Reade E. Wilson
                          Trial Attorney</pre>