IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SIERRA SNOWMOBILE FOUNDATION, ET AL.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**UNITED STATES FOREST SERVICE, ET AL.,**<br><br>Defendants,<br><br>and<br><br>**WILDEARTH GUARDIANS, ET AL.,**<br><br>Intervenor-Defendants. | NO.: **2:21-CV-01913-JAM-DB**<br><br>ORDER GRANTING EXTENSION OF TIME AND SUMMARY JUDGMENT BRIEFING SCHEDULE ADJUSTMENTS |

This matter having come before the Court on the Plaintiffs' Unopposed Motion for Extension of Time and Adjustment of Briefing Schedule for Summary Judgment Motions, and good cause appearing therefrom, **IT IS HEREBY ORDERED AS FOLLOWS**:

1. Plaintiffs' motion for summary judgment and supporting materials shall be filed on or before June 20, 2022, and the brief in support of summary judgment is limited to 35 pages. Said motion shall be noticed for hearing on January 10, 2023, at 1:30 PM.

2. Intervenors' consolidated cross-motion for summary judgment in response to Plaintiffs' motion for summary judgment and motion for summary judgment on Intervenors'

cross-claims shall be filed on or before July 29, 2022, and the summary judgment brief is limited to 35 pages.

3. Federal Defendants' consolidated cross-motion for summary judgment and response to Plaintiffs' motion, and cross-motion for summary judgment and response to Intervenors' motion shall be filed on or before August 29, 2022, and the brief is limited to 50 pages.

4. Plaintiffs' consolidated reply in support of their motion for summary judgment and in response to Federal Defendants' and Intervenors' cross-motions shall be filed on or before October 11, 2022, and the brief is limited to 25 pages.

5. Intervenors' consolidated replies in support of their cross-motions for summary judgment and in response to Federal Defendants' cross-motion for summary judgment shall be filed on or before November 10, 2022, and the brief is limited to 25 pages.

6. Federal Defendants' consolidated reply in support of their cross-motion for summary judgment shall be filed on or before December 9, 2022, and the brief is limited to 20 pages.

IT IS SO ORDERED.


DATED: May 19, 2022                    /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       UNITED STATES DISTRICT COURT JUDGE