Jessica L. Blome (CSB # 314898)
GREENFIRE LAW, PC
P.O. Box 8055
Berkeley, CA 94707
(510) 900-9502 ext. 5
jblome@greenfirelaw.com

Lauren M. Rule (OSB # 015174) *admitted pro hac vice*
Hannah A. Clements (OSB # 205324) *admitted pro hac vice*
ADVOCATES FOR THE WEST
3701 SE Milwaukie Ave, Suite B
Portland, OR 97202
(503) 914-6388
lrule@advocateswest.org
hclements@advocateswest.org

*Attorneys for Intervenor-Defendants*

Marla S. Fox (WSBA # 45611) *admitted pro hac vice*
PO Box 13086
Portland, OR 97213
(651) 434-7737
mfox@wildearthguardians.org

*Attorney for Intervenor-Defendant WildEarth Guardians*

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIERRA SNOWMOBILE FOUNDATION, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>Defendants,<br><br>and<br><br>WILDEARTH GUARDIANS, et al.,<br><br>Intervenor-Defendants. | Case No.: 2:21-CV-01913-JAM-DB<br><br>**DECLARATION OF STEVEN EVANS**<br><br>Hearing Date: January 10, 2023<br>Hearing Time: 1:30 p.m. PT<br>Judge: Honorable John A. Mendez |

I, Steven Evans, hereby declare as follows:

1. I reside and work in Sacramento, California.

2. I am currently a consultant on public lands and river issues for the California Wilderness Coalition ("CalWild"). I have worked as a contractor for CalWild since 2011. Previously, I served on the CalWild Board of Directors for 20 years. I have been a member of CalWild since 1975.

3. CalWild has been working to protect and restore California's wildest natural landscapes since 1976. These important wild places provide clean air and water, refuges for wildlife, and outstanding opportunities for recreation and spiritual renewal for people. CalWild is based in Oakland, CA, and has staff located throughout the state. CalWild has over 7,000 members and supporters, many of whom recreate in the wild places and rivers of the Stanislaus National Forest.

4. Representing CalWild, I have commented on the draft OSV Plan for the Stanislaus National Forest. CalWild was involved in the development of the 1991 Stanislaus Forest Plan and the 2018 and 2021 Stanislaus OSV draft and final Plans. The draft 2018 Stanislaus OSV Plan proposed a Forest Plan amendment to allow motorized winter recreation in the Pacific Valley and Eagle roadless areas, which were allocated to Near Natural (non-motorized recreation) management in the final 1991 Forest Plan. I assisted in mobilizing public response to the draft OSV Plan to advocate for wild places and wildlife and to challenge the Forest Plan amendments. CalWild signed on to joint comments submitted by a coalition of conservation groups in response to the draft 2018 OSV Plan and an objection to the final 2019 OSV Plan.

5. I have personally hiked and camped in and adjacent to the Pacific Valley Near Natural Area. My most recent outings include a camping trip at Highland Lakes and through the Pacific Valley Near Natural Area of the Mokelumne Coast to Crest Trail in 2021, camping at the Pacific Valley Campground and hiking through the Near Natural Area in 2020, and a group outing with CalWild and Foothill Conversancy members and supporters that involved camping at the Pacific Valley Campground and Coast to Crest Trail hikes in 2017.

6. The Stanislaus provides an enjoyable primitive recreation experience due to its natural state. The Near Natural management of the area has maintained habitat for the Sierra

Nevada red fox. I plan to continue to visit the Pacific Valley Near Natural Area in summer of 2022 and will continue to visit this area in the future. OSV use that causes harm to the highly imperiled and endangered Sierra Nevada red fox population or displaces fox from the Pacific Valley will reduce my chances of seeing foxes or signs of foxes when I recreate, impairing my use and enjoyment of the area. Although I do not visit the area in the winter, I appreciate that Near Natural management of the area has maintained habitat for endangered and threatened species which allows them to survive the winter and be appreciated at other times of year.

7. I am concerned about expansion of motorized access and the adverse impacts from motorized use in Near Natural Areas, particularly harassment of winter wildlife and disruption of their habitat, including adverse impacts on imperiled wildlife such as the Sierra Nevada red fox, Pacific marten, Sierra Nevada yellow-legged frog, and the Yosemite toad. I am also concerned about how noise and exhaust from motorized engines will eliminate the solitude and natural experience that myself and many of our members and supporters seek for quiet winter recreation on the forest.

8. Snowmobile use harasses winter wildlife and can disrupt their habitat in a variety of ways. Their presence and noise can displace wildlife, forcing them to move to less hospitable areas with suboptimal shelter or food during a time of year that already involves high energy needs for survival through winter. Studies indicate that snowmobile use results in displacement of wildlife. Snowmobiles can also compact snow, harming small animals that hibernate underneath, and can create compacted trails that provide access into backcountry habitat for predators. Amphibians emerging from under the snow to breed in early spring can get hit by snowmobiles, killing or injuring them. OSV use that harms populations of these highly imperiled species during the winter will impair my use and enjoyment of the area at other times. For instance, if OSV use in the Sonora Pass area harms the very small population of Sierra Nevada red fox, that population cannot increase in abundance and expand into the Pacific Valley where I can appreciate them while recreating.

9. I have recently camped at Highland Lakes, which contains multiple breeding populations of the Yosemite toad and Sierra Nevada yellow-legged frog. The Yosemite toad is listed as threatened under the ESA, and the Sierra Nevada yellow-legged frog is listed as endangered. Their breeding occurs shortly after snowmelt in shallow waters of wet meadows,

ponds, and slow-moving streams. They overwinter under the snow in rodent burrows, and crevices under rocks and stumps. When they emerge from their overwintering habitat in early spring, they move over snow or ice to reach their breeding areas. While migrating, they can be struck and injured or killed by OSVs. OSV use can compact snow or creates ruts in the soil, destroying their under-snow hibernation sites and destroying their meadow habitat. Further, OSVs can emit air or water pollutants, which settle in the snow and tickle into riparian areas when the snow melts in the spring.

10. These impacts directly injure my interests and those of CalWild's members because we enjoy searching for rare wildlife species and we enjoy quiet recreation, particularly if motorized OSV use increases in sensitive areas previously closed to such use under the Stanislaus Forest Plan. While I support the Forest Service's decision to keep closed some of the Pacific Valley and Eagle Near Natural areas to motorized use, I am concerned about the portions now open for use because they provide valuable habitat for red fox, marten, and other wildlife. Increased OSV use in these areas will injure my interests in seeing wildlife when I recreate because it could lead to displacement of animals from these areas and reduce my ability to observe animals or their signs, which impairs my recreation experience.

11. I have suffered an actual, concrete and distinct injury to my interests described above through the Forest Service's violations of the National Environmental Policy Act ("NEPA"), the Travel Management Rule, and the National Forest Management Act ("NFMA") by signing the Stanislaus OSV designation decision. For instance, as alleged in our Complaint, the Forest Service failed to:

a. take a "hard look" under NEPA at all direct, indirect, and cumulative environmental effects on endangered, threatened, and sensitive species from the OSV designations;

b. properly apply the minimization criteria of the Travel Management Rule to minimize harassment and habitat disruption for Sierra Nevada red fox, Pacific marten, Sierra Nevada yellow-legged frog, and Yosemite toad;

c. comply with NFMA by unreasonably concluding the Forest Plan Amendment would not have any substantial adverse effects to wildlife or habitat.

12. My injuries are directly traceable to the Forest Service's failure to comply with NEPA, the Travel Rule, and NFMA when making the Stanislaus OSV designations that fail to ensure the protection of rare wildlife such as the Pacific marten, Sierra Nevada red fox, Sierra Nevada yellow-legged frog, and the Yosemite toad. I fear the final OSV decision will harm these species and lead to their demise or at least slow their recovery, impairing my ability to find and view these species throughout the year, thus reducing my future enjoyment of the Stanislaus National Forest. My injuries also result from the Forest Service's failure to comply with these laws when finalizing a Forest Plan amendment that allows designation of OSV use in Near Natural Areas. I am concerned that these management changes will impair my ability to experience solitude in these areas, thus further reducing my future enjoyment of the Stanislaus National Forest.

13. These injuries to my interests are redressable by the court. An order declaring that the Forest Service must remedy the violations of NEPA, the Travel Rule, and/or NFMA that we alleged in our Complaint through a supplemental analysis of the impacts to these four species, while at the same time keeping the new winter travel in place to regulate OSV use on the forest, would alleviate the identified harm to my interests. The Forest Service would have to remedy these violations of law by conducting supplemental analysis and making changes to the OSV designations that ensure additional protections for Sierra Nevada red fox, Pacific marten, Sierra Nevada yellow-legged frog, and Yosemite toad and allow me to continue to enjoy these species in the future.

Dated: July 29, 2022

Respectfully submitted,

/s/ Steve Evans
(original signature retained by Lauren Rule)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of July 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn automatically generated a Notice of Electronic Filing to all parties in the case who are registered users of the CM/ECF system, causing the following counsel to be served by electronic means:

Shaun Pettigrew
shaun.pettigrew@usdoj.gov

Reade Wilson
reade.wilson@usdoj.gov

Joshua Halen
jmhalen@hollandhart.com

Murray Feldman
mfeldman@hollandhart.com

Alison Hunter
achunter@hollandhart.com

Dated: July 29, 2022

/s/Lauren M. Rule
Lauren M. Rule