Jessica L. Blome (CSB # 314898)
GREENFIRE LAW, PC
P.O. Box 8055
Berkeley, CA 94707
(510) 900-9502 ext. 5
jblome@greenfirelaw.com

Lauren M. Rule (OSB # 015174) *admitted pro hac vice*
Hannah A. Clements (OSB # 205324) *admitted pro hac vice*
ADVOCATES FOR THE WEST
3701 SE Milwaukie Ave, Suite B
Portland, OR 97202
(503) 914-6388
lrule@advocateswest.org
hclements@advocateswest.org

*Attorneys for Intervenor-Defendants*

Marla S. Fox (WSBA # 45611) *admitted pro hac vice*
PO Box 13086
Portland, OR 97213
(651) 434-7737
mfox@wildearthguardians.org

*Attorney for Intervenor-Defendant WildEarth Guardians*

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIERRA SNOWMOBILE FOUNDATION, et al., | Case No.: 2:21-CV-01913-JAM-DB |
| Plaintiffs, | **DECLARATION OF DAVID PAGE** |
| vs. | Hearing Date: January 10, 2023 |
| UNITED STATES FOREST SERVICE, et al., | Hearing Time: 1:30 p.m. PT |
| Defendants, | Judge: Honorable John A. Mendez |
| and | |
| WILDEARTH GUARDIANS, et al., | |
| Intervenor-Defendants. | |

I, David Page, hereby declare as follows:

1. I live in Mammoth Lakes, California.

2. I am a writer, backcountry skier and outdoor recreationist, Senior Policy Advisor for Outdoor Alliance California, and the Executive Director of Winter Wildlands Alliance.

3. I am a member of the California Wilderness Coalition (CalWild). I support this organization because they work hard to track and inform members about land management and conservation issues across the state, and because they advocate for responsible conservation-minded public land management.

4. I use public lands almost every day for recreation and retreat. Depending on the season, I regularly run, hike, paddleboard, camp, mountain bike and backcountry ski both in the front-country wildland-urban interface and on remote and wild backcountry landscapes on a variety of national forest units across California, especially in the Sierra Nevada, in large part as an antidote to the time I otherwise have to spend on a computer or driving in cars.

5. I visited the Stanislaus National Forest for several days in January of this year to backcountry ski and winter camp and to explore some of the excellent backcountry ski terrain in the Pacific Valley Near Natural Area, especially that area that was not designated for motorized use in the new Stanislaus National Forest Over-Snow Vehicle (OSV) Use Designation plan. I will be visiting the area again this summer for camping and hiking, and also very much look forward to doing more backcountry exploration on skis this coming winter.

7. The following photograph shows U.S. Forest Service signs posted just beyond the Lake Alpine Sno-Park winter trailhead at the start of the groomed, shared-use winter trail on CA Highway 4, which is the main winter access point from Bear Valley to the remaining non-motorized zones in the Pacific Valley Near Natural Area. I took this photograph on January 24, 2022.

DECLARATION OF DAVID PAGE — 1



8. The following is a zoomed-in version of that same photograph to show the text on the white sign.



DECLARATION OF DAVID PAGE — 2

9. While I respect the compromise that the new OSV plan represents for this area, and while my organization and its stakeholders are not Intervenors in this case and are committed to working with the Forest Service to implement the new plan, I personally fear the plan does not go far enough to protect quiet landscapes, wildlife, and wildlife habitat in this Near Natural Area, nor to minimize conflict between motorized and non-motorized winter uses. As is reflected on the sign captured above (see second bullet point: "WILDERNESS AND NEAR NATURAL AREAS ARE FOR THE ENJOYMENT OF NON MOTORIZED USERS ONLY"), the whole of the Pacific Valley Near Natural Area, a wild and roadless area adjacent to the Carson-Iceberg Wilderness that is also one of the last redoubts of a small and critically endangered population of Sierra Nevada Red Fox, has since the 1991 forest plan been designated off-limits to all motorized use without exception for winter over-snow vehicle use. That the forest has now designated large portions of this area as open to cross-country OSV play, simply because an increasing number of users have over the years ignored forest plan direction, seems only to reward repeated violation and trespass, to invite further impacts to resources and wildlife, and to further exacerbate rather than minimize conflict between different uses.

10. To this point, it must be noted that on the same day that I took the above photograph (January 24), I followed a set of (probably week-old) OSV tracks that trespassed cross-country deep into the heart of the non-motorized area to the east and south of Pacific Creek all the way to the ridge below the rocky summit of Lookout Peak (see the following photograph, for which I also have time-stamped geospatial data). This trespass was clearly in violation of the new OSV plan. The fact that in the new plan and on the new OSVUM the boundary between the newly designated motorized area along Pacific Creek does not conform in any obvious way to topographical or other easy-to-recognize landscape features, along with the fact that there was no signage to indicate where OSV use is now allowed or not allowed, clearly serves only to invite ongoing trespass. Not only has the forest effectively opened significant portions of a previously non-motorized Near Natural Area to winter cross-country motorized recreation, it has also—thus far, based on what I saw this past January—shown very little effort toward educating the public about or enforcing its new plan to protect the remaining non-motorized portions of the Near Natural Area.

DECLARATION OF DAVID PAGE — 3



Dated:  July 29, 2022                    Respectfully submitted,

David Page
PO Box 100-460
Mammoth Lakes, CA 93546

DECLARATION OF DAVID PAGE — 4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of July 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn automatically generated a Notice of Electronic Filing to all parties in the case who are registered users of the CM/ECF system, causing the following counsel to be served by electronic means:

Shaun Pettigrew
shaun.pettigrew@usdoj.gov

Reade Wilson
reade.wilson@usdoj.gov

Joshua Halen
jmhalen@hollandhart.com

Murray Feldman
mfeldman@hollandhart.com

Alison Hunter
achunter@hollandhart.com


Dated:  July 29, 2022                              /s/Lauren M. Rule
                                                  Lauren M. Rule